The following constitutes the order of the court.
Signed April 9, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Behavior Tech Computer (USA) Corp.,

    Debtor.
_____/

No. 12-41002 WJL
Chapter 7

**MEMORANDUM RE HEARING ON MOTION FOR ORDER
TO SELL ASSETS FREE AND CLEAR**

    Having reviewed *D.I. Chadbourne v. Superior Court of the City and County of San Francisco*, 60 Cal. 2d 723 (Cal. 1964), the critical language seems to be found in scenario 1, presented on p. 736. In preparation for the continued hearing on April 10, 2013 at 10:30 a.m., the Court would like the parties to review the case and be prepared to discuss the issues within the context of the opinion.

END OF DOCUMENT

```
                    COURT SERVICE LIST
```

David I. Katzen
Law Offices of Katzen and Schuricht
1981 N. Broadway, Ste 340
Walnut Creek, CA 94596

Eric A. Nyberg
Kornfield, Nyberg, Bendes and Kuhner
1970 Broadway #225
Oakland, CA 94612

Edward Romero
Greenan, Peffer, Sallander & Lally LLP
6111 Bollinger Canyon Rd., Suite 500
San Ramon, CA 94583